SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson | ) Case No. **2:12-cv-00380-LKK-CKD** |
| Plaintiff; | ) |
| | ) **ORDER RE: REQUEST FOR DISMISSAL** |
| vs. | ) |
| | ) **Dismissal of Defendant John's** |
| Meharg, Inc., et al, | ) **Incredible Pizza, LLC Without** |
| | ) **Prejudice** |
| Defendants. | ) |
| | ) Case to Remain Open with |
| | ) Remaining Defendants |
| | ) |

IT IS HEREBY ORDERED THAT Defendant, John's Incredible Pizza, LLC is hereby dismissed Without Prejudice. This case is to remain open with remaining Defendants.

Date:  March 13, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PROPOSED ORDER RE REQUEST FOR DISMISSAL