SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No. **2:12-cv-00380-LKK-CKD** |
| Plaintiff; | **ORDER RE: REQUEST FOR DISMISSAL** |
| vs. | |
| Meharg, Inc., et al, | |
| Defendants. | |

IT IS SO ORDERED that the above-entitled action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1).

Date:  April 26, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-12-380-LKK-CKD- 1